BEFORE THE SECOND DIVISION, OCTOBER 16, 1951

**No. 55924.**—B. Westergaard & Co. *v.* United States, protests 138086–K and 138879–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cheese knives without handles, with blades less than 6 inches in length, similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), except that the instant merchandise was imported without handles, whereas the merchandise involved in C. D. 1302 had handles of a material similar to celluloid, pyroxylin, or casein, the claim of the plaintiff was sustained.